# In the United States Court of Federal Claims

No. 23-683 C

Filed: June 13, 2023

**HANFORD TANK DISPOSITION**
**ALLIANCE, LLC (HTDA)**
      **Protestor**

   v.
                                               **JUDGMENT**

**THE UNITED STATES**
      **Defendant**

   **and**

**HANFORD TANK WASTE**
**OPERATIONS & CLOSURE,**
**LLC (H2C)**
      **Defendant-Intervenor**

   Pursuant to the court's Order, filed June 12, 2023,

   IT IS ORDERED AND ADJUDGED this date, pursuant to Rule 58, that the award to the intervenor was improper and is set aside. Performance of the contract is enjoined.

                                               Lisa L. Reyes
                                               Clerk of Court

                     By:    s/ Debra L. Samler

                                               Deputy Clerk

NOTE: As to appeal to the United States Court of Appeals for the Federal Circuit, 60 days from this date, see RCFC 58.1, re number of copies and listing of <u>all plaintiffs</u>. Filing fee is $505.00.