# In the United States Court of Federal Claims

```
* * * * * * * * * * * * * * * * *
HANFORD TANK DISPOSITION           *
ALLIANCE, LLC,                     *
                                   *
                                   *
        Protestor,                 *
                                   *
v.                                 *
                                   *
UNITED STATES,                     *   No. 23-683C
                                   *   Filed: July 8, 2024
        Defendant,                 *
                                   *
                                   *
v.                                 *
                                   *
HANFORD TANK WASTE                 *
OPERATIONS & CLOSURE, LLC,         *
                                   *
    Defendant-Intervenor.          *
                                   *
* * * * * * * * * * * * * * * * *
```

**O R D E R**

     Defendant filed an unopposed motion requesting "that the Court lift the requirement that the parties file monthly status reports," arguing events have overtaken the status report requirement and further reports "will not foster the just, speedy, and inexpensive resolution of this matter." On June 21, 2024, the United States Court of Appeals for the Federal Circuit issued an Order as a Mandate dismissing intervenor's appeal. Defendant's motion is **GRANTED**. The parties no longer have to file monthly status reports in Case No. 23-683C.

     **IT IS SO ORDERED**.

s/Marian Blank Horn
**MARIAN BLANK HORN**
**Judge**